# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

| | |
|---|---|
| In Re: | Case No. 1:21-bk-10210 |
| Ronald J. Libbee<br>  *aka* Ronald J. Libbe<br>  *aka* Ronald J. Libbee | Chapter 13 |
| Debtor. | Judge Beth A. Buchanan |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Ohio, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of Tiki Series III Trust ("Creditor"), in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Appearance was served **electronically** on March 4, 2021 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **first class mail** on March 4, 2021 addressed to:

    Ronald J. Libbee, Debtor
    7100 Bridges Rd.
    Cincinnati, OH 45230

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Attorney for Creditor